An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

VALLEY HEALTH SYSTEM, LLC, A DELAWARE LIMITED LIABILITY COMPANY, D/B/A CENTENNIAL HILLS HOSPITAL MEDICAL CENTER; AND UNIVERSAL HEALTH SERVICES, INC., A DELAWARE CORPORATION,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE RICHARD SCOTTI, DISTRICT JUDGE,
Respondents,
and
AMERICAN NURSING SERVICES, INC., A LOUISIANA CORPORATION; ESTATE OF JANE DOE, BY AND THROUGH ITS SPECIAL ADMINISTRATOR, MISTY PETERSON; AND STEVEN DALE FARMER, AN INDIVIDUAL,
Real Parties in Interest.

No. 67886

**FILED**

MAY 20 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DENYING PETITION
### FOR WRIT OF MANDAMUS OR PROHIBITION

Having considered petitioners' arguments and supporting documents in this original proceeding, we are not persuaded that petitioners have met their burden to demonstrate that our extraordinary intervention is warranted. NRS 34.160; NRS 34.320; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004)

15-15440

(holding that an appeal is generally an adequate legal remedy precluding writ relief). Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Richard Scotti, District Judge
Hall Prangle & Schoonveld, LLC/Las Vegas
Eckley M. Keach, Chtd.
Pyatt Silvestri & Hanlon
Carroll, Kelly, Trotter, Franzen, & McKenna
Murdock & Associates, Chtd.
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
Eighth District Court Clerk